

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| In the Matter of the Marriage of Sandra E. Fountain and Samuel B. Fountain<br><br>No. 06-24-00020-CV | Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. FM20134). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin. |

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED JULY 2, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk